UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SANCHEZ, MICHELLE POLLOK, NICOLE WULF, AMY KOCH, DIANE KOCH, and ERIN GAVORCIK, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOLLAR GENERAL CORPORATION,<br><br>Defendant. | Case No. 3:26-cv-05520-LJC<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT** |

Upon considering the Parties' Stipulation to Extend Time to Respond to the Complaint:

IT IS HEREBY ORDERED that the deadline for Defendant Dollar General Corporation to respond to the Complaint in this case shall be extended to October 5, 2026 and, should Defendant file a Motion to Dismiss, Plaintiffs shall have thirty-one (31) c alendar days to oppose the Motion.

Dated: September 25, 2026

Honorable Lisa J. Cisneros
United States District Court Magistrate Judge

138579818\V-1